[No. 35391.    Department One.    June 21, 1962.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN UNREIN, *Appellant.**

*Henry Opendack*, for appellant.

*Charles O. Carroll* and *Richard M. Foreman*, for respondent.

PER CURIAM.—Having been found guilty of charges of burglary in the second degree and assault in the third

*Reported in 372 P. (2d) 547.

degree, defendant appeals from his judgment and sentence and alleges one assignment of error: that he ". . . was denied his right to a speedy trial . . ."

■ In a long line of decisions, commencing with State *ex rel. Repath v. Caldwell,* 9 Wash. 336, 37 Pac. 669 (1894) —the latest being *State v. Moore, ante* p. 144, 372 P. (2d) 536 (1962)—this court has held that the discharge of an accused for want of prosecution, pursuant to RCW 10.46.010, is not a bar to further prosecution for a felony upon the same charge. RCW 10.43.010.

The judgment is affirmed.